# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Angel Toledo,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, Director of the Arizona Department of Corrections; and the Attorney General of the State of Arizona,<br><br>    Respondents. | No. CV-18-00484-PHX-DGC (MHB)<br><br>**ORDER** |

Petitioner Luis Toledo has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. United States Magistrate Judge Michelle Burns has issued a report recommending that the petition be denied and dismissed with prejudice ("R&R"). Doc. 10. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R.

**IT IS ORDERED:**

1. The R&R (Doc. 10) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.

1

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**.

4. The Clerk is directed to **terminate** this action.

Dated this 15th day of February, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge